**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
GRAND JUNCTION DIVISION**

| | | |
|---|---|---|
| **ABC IP, LLC, a Delaware limited liability company,** | ) ) ) | |
| **and** | ) ) | **CASE NO. 1:26-CV-02400-NRN** |
| **RARE BREED TRIGGERS, INC., a Texas corporation,** | ) ) ) | |
| **and** | ) ) | |
| **RBTM LLC, a Wyoming limited liability company,** | ) ) ) | |
| **Plaintiffs.** | ) ) | **JURY TRIAL DEMANDED** |
| **v.** | ) ) | |
| **GEN X ARMS & GUNWORK'S LLC, a Colorado limited liability company,** | ) ) ) | |
| **and** | ) ) | |
| **SEAN STEWART, an Individual,** | ) ) | |
| **Defendant.** | ) | |

**STATUS REPORT**

Comes now Plaintiffs, ABC IP, LLC ("ABC IP"), Rare Breed Triggers, Inc. ("Rare Breed") and RBTM, LLC ("RBTM") (collectively "Plaintiffs"), and files this as their Status Report pursuant to the Court's Order Setting Scheduling/Planning Conference and Setting Deadline for Filing of Consent/Non-Consent Form (Doc. No. 7), and respectfully show the Court the following:

Based on the stipulated extension, Defendant Gen X Arms & Gunworks, LLC has to file an answer in the case. The undersigned counsel for Plaintiffs has been in communication with

counsel for Defendant, and the parties have discussed potential resolution, but the parties have not reached any agreement.

Plaintiffs also note the June 30, 2026, Notice re Multidistrict Litigation Filing (Doc. No. 12). On Friday, July 10, 2026, the United States Judicial Panel on Multidistrict Litigation issued Conditional Transfer Order (CTO-4) (Case MDL No. 3176, Doc. No. 131, attached as Exhibit A), which lifted the seven (7) day stay of the conditional transfer of this case. Accordingly, Plaintiffs anticipate that the Conditional Transfer Order will be filed in the very near future in this matter.

Dated:  July 14, 2026.

Respectfully submitted,

By:  /s/ *Decker A. Cammack*
Decker A. Cammack
WHITAKER CHALK SWINDLE & SCHWARTZ PLLC
301 Commerce Street, Suite 3500
Fort Worth, TX 76102
Telephone:  (817) 878-0500
Facsimile:  (817) 878-0501
dcammack@whitakerchalk.com

2

## **CERTIFICATE OF CONFERENCE**

I discussed the contents of this Status Report on Tuesday, July 14, 2026, via telephone with James Juo, counsel for Defendants.  During the discussion, Mr. Juo indicated on that approved of the form and content of this Status Report.

*/s/ Decker A. Cammack*

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 14, 2026, I served this document on James Juo, counsel for Defendants via email:

*/s/ Decker A. Cammack*
Decker A. Cammack